**Order entered December 6, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-00755-CR
No. 05-18-00756-CR
No. 05-18-00757-CR
No. 05-18-00758-CR

**KAMERON HALL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause Nos. F16-35022-H, F16-35023-H, F16-35024-H & F16-35025-H**

## ORDER

On August 17, 2018, deputy court reporter Karren Jones filed a letter, notifying the Court that according to "Elite Document Services, the company doing the scanning [of the reporter's record] . . . the folder containing the transcript, including the original exhibits, was apparently thrown away by the cleaning crew." Ms. Jones stated the exhibits could be reproduced but that it would take time. In light of this, we allowed Ms. Jones to file volumes 1 through 5 of the reporter's record on September 28, 2018. To date, however, none of the 120 exhibits have been filed.

We **ORDER** deputy court reporter Karren Jones to file, within **FIFTEEN DAYS OF THE DATE OF THIS ORDER**, a supplemental reporter's record containing the State's 120 exhibits.

/s/    CRAIG STODDART
        JUSTICE